UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY H. JUNG,

      Plaintiff,

– against –

SHERZOD SHARIPOV, *and* JOHN DOE,

      Defendants.

**ORDER**

25 Civ. 4207 (ER)

Ramos, D.J.:

  This action was filed on May 19, 2025. Doc. 1. An electronic issuance of summons was entered on the docket on June 24, 2025. Doc. 5. Since then, there has been no further activity in this case.

  Jung is therefore instructed to submit a status report by no later than October 17, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 10, 2025
    New York, New York

                            EDGARDO RAMOS, U.S.D.J.